United States District Court
Southern District of Texas
**ENTERED**
December 08, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JOSE ROMERO, *et al*, § <br> § <br> Plaintiffs, § <br> VS. § <br> § <br> HOUSTON GARDEN CENTER, § <br> § <br> Defendant. § | CIVIL ACTION NO. 4:16-CV-935 |

## ORDER

Pending before the Court are Defendant's Motion to Extend Defendant's Deadline to File Response in Opposition to Plaintiffs' Application for Attorneys' Fees and Costs (Doc. No. 38) and Plaintiffs' Motion to Strike Defendant's Late Response in Opposition to Plaintiffs' Application for Attorney's Fees (Doc. No. 40).

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike (Doc. No. 40) is **DENIED**. Plaintiffs may file a reply in support of their Motion for Attorneys' Fees and Costs (Doc. No. 37) within ten (10) days of the date of this Order. Defendant's Motion to Extend Deadline (Doc. No. 38) is **DENIED** as moot.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of December, 2016.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE